| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Carol Lloyd, Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  MMDS of Asheville** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0269453** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **38 Rosscraggon Road, Suite M** **Asheville, NC 28803** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Buncombe** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **Carol Lloyd, Inc.** _____     Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6215**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **MMDS of North Carolina. Inc.** | | Relationship | | **Affilate Company** |
| District | **Eastern District of North Carolina** | When | **4/07/17** | Case number, if known | **17-01749-5** |

Debtor **Carol Lloyd, Inc.** _____ Case number (*if known*)_____
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Carol Lloyd, Inc.**                                                                                       Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2017**
MM / DD / YYYY

X **/s/ Lloyd M. Williams, III**                                 **Lloyd M. Williams, III**
Signature of authorized representative of debtor                  Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

X **/s/ David R. Badger**                                         Date   **May 15, 2017**
Signature of attorney for debtor                                        MM / DD / YYYY

**David R. Badger**
Printed name

**David R. Badger, P.A.**
Firm name

**2108 South Boulevard
Suite 118, Atherton Lofts
Charlotte, NC 28203**
Number, Street, City, State & ZIP Code

Contact phone   **(704) 375-8875**         Email address

**156**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

# ACTION OF THE BOARD OF DIRECTORS OF CAROL LLOYD, INC. D/B/A MMDS OF ASHEVILLE

The undersigned, being all of the directors of Carol Lloyd, Inc. d/b/a MMDS of Asheville ("Carol Lloyd, Inc."), do hereby adopt the following resolution by signing their written unanimous consent hereto:

**WHEREAS,** in the judgment of the undersigned, it is desirable and in the best interests of Carol Lloyd, Inc. and its creditors that the company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Western District of North Carolina for the purpose of restructuring its debts under the jurisdiction of the Bankruptcy Court;

**RESOLVED,** that Carol Lloyd, Inc. be, and hereby is, authorized to proceed with the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Western District of North Carolina.

**FURTHER RESOLVED,** that Lloyd Williams III, as an Authorized Representative of Carol Lloyd, Inc. with intimate knowledge of the financial affairs of Carol Lloyd, Inc., is authorized and directed to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of Carol Lloyd, Inc. and to execute such other documents, including without limitation, pleadings, schedules, statement of affairs, applications, motions, reports, plans, and amendments or modifications thereto, in furtherance of Carol Lloyd, Inc.'s Chapter 11 filing.

**FURTHER RESOLVED,** that Carol Lloyd, Inc. be, and hereby is authorized to employ David R. Badger and the David R. Badger, P.A. as attorneys to represent it in said Chapter 11 filing.

This action is taken with the consent of the Directions this __12__ day of May, 2017.

_____ _____
Lloyd Meyers Williams, President          Latie Carol
Williams, Secretary

State of Mississippi
County of __HARRISON__

Personally appeared before me, the undersigned authority in and for said county and state, on this __12__ day of May, 2017, within my jurisdiction, the within named Lloyd Meyers Williams, who acknowledged that he is President of Carol Lloyd, Inc., a North Carolina corporation, and Latie Carol Williams, who acknowledged that she is Secretary of Carol Lloyd, Inc., a North Carolina corporation, and that for and on behalf of the said corporation, and as its act and deed they executed the above and foregoing instrument, after first having been duly authorized by said corporation so to do.

__JAMES MERRITT_____          Printed Name:
_____
Notary Public                                              My Commission Expires:
__9-13-19__

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 100035 JAMES MERRITT Commission Expires Sept. 13, 2019 HARRISON COUNTY]

Fill in this information to identify the case:

Debtor name: **Carol Lloyd, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 1270 Newark, NJ 07101-1270 | | **Credit Card** | | | | **$147,379.06** |
| **American Express** P.O. Box 1270 Newark, NJ 07101-1270 | | **Credit Card** | | | | **$51,901.98** |
| **C&C X-Ray Company, Inc.** 3319 E. Governor John Sevier Highway Knoxville, TN 37914 | | **Service** | | | | **$831.04** |
| **D&S Ltd.** P.O. Box 170459 Austin, TX 78717 | | **Service** | | | | **$720.00** |
| **Internal Revenue Service** Attn.: Insolvency Unit P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | | **$209,426.38** |
| **Johnson Business Technology** 5016 Spedale Court, Suite 120 Spring Hill, TN 37174 | | **Service (IT)** | | | | **$4,700.00** |
| **Konica Minolta Medical Imaging** 6950 Philips Highway, Suite 45 Jacksonville, FL 32216 | | **Service** | | | | **$750.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Carol Lloyd, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lincoln Financial**<br>**150 North Radnor-Chester Road**<br>**Radnor, PA 19087** | | **Insurance** | | | | $29,823.17 |
| **MXR Source One (Merry X-Ray)**<br>**4444 View Ridge Ave., Suite A**<br>**San Diego, CA 92123** | | **Service** | | | | $3,447.76 |
| **NC Department of Commerce**<br>**P.O. Box 26504**<br>**Raleigh, NC 27611-6504** | | | | | | $6,803.46 |
| **NC Department of Revenue**<br>**Office Services Division Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602** | | | | | | $28,284.00 |
| **NC Quick Pass**<br>**200 Sorrell Grove Church Road, Suite A**<br>**Morrisville, NC 27560** | | **Toll** | | | | $623.98 |
| **Triangle X-Ray Company**<br>**4900 Thornton Road, Suite 117**<br>**Raleigh, NC 27616** | | **Service** | | | | $2,511.07 |
| **United HealthCare**<br>**P.O. Box 959782**<br>**Saint Louis, MO 63195-9782** | | **Insurance** | | | | $14,722.93 |
| **United HealthCare**<br>**P.O. Box 959782**<br>**Saint Louis, MO 63195-9782** | | **Insurance** | | | | $10,667.91 |
| **United HealthCare**<br>**P.O. Box 959782**<br>**Saint Louis, MO 63195-9782** | | **Insurance** | | | | $35,626.26 |
| **Vericore (Merry X-Ray)**<br>**10115 Kincey Avenue, Suite 100**<br>**Huntersville, NC 28078** | | **Service** | | | | $1,887.35 |

Debtor **Carol Lloyd, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Volkswagen Financial**<br>**P.O. Box 3**<br>**Hillsboro, OR 97123-0003** | | **Deficiency on surrendered vehicle** | | | | $8,756.82 |
| **WCI, Inc.**<br>**One Town Square Blvd., #100**<br>**Asheville, NC 28803** | | **Membership** | | | | $2,076.00 |
| **Wells Fargo**<br>**P.O. Box 10306**<br>**Des Moines, IA 50306** | | **Credit Card** | | | | $92,637.31 |

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Carol Lloyd, Inc.**                                                    Case No.
                                    Debtor(s)                                    Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 15, 2017**                        **/s/ Lloyd M. Williams, III**
                                                **Lloyd M. Williams, III**/**Authorized Representative**
                                                Signer/Title

North Carolina Department of Revenue
Attn.: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Internal Revenue Service
Attn.: Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114-0326

NC Department of Revenue
301 McCullough Drive, Suite 300
Charlotte, NC 28262-1335

NC Department of Revenue
P.O. Box 871
Raleigh, NC 27602

ADP
1851 N. Resler Drive
MS 100
El Paso, TX 79912

Advantage Group
P.O. Box 15270
Irvine, CA 92623-5270

AFG Alliance Funding Group
P.O. Box 4130
Hopkins, MN 55343-0498

ALLY
P.O. Box 9001948
Louisville, KY 40290-1948

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Amur Equipment Finance
P.O. Box 2555
Grand Island, NE 68802

Ascentium Capital
P.O. Box 301593
Dallas, TX 75303-1593

Axis Capital, Inc.
308 N. Locust Street, Suite #100
Grand Island, NE 68801

Balboa Capital
575 Anton Boulevard, 12th Floor
Costa Mesa, CA 92626

Bankers Leasing Company
11017 Aurora Avenue
Urbandale, IA 50322

BB&T
P.O. Box 1847
Attn: Bankruptcy
Wilson, NC 27894

BB&T
200 W. Second Street
Winston Salem, NC 27101

Beneficial Equipment Finance Corp.
165 Pottstown Pike
Chester Springs, PA 19425

Beneficial Equipment Financial Corp.
165 Pottstown Pike
Chester Springs, PA 19425

Blue Bridge Financial, LLC (Envision)
535 Washington Street
Suite 201
Buffalo, NY 14203

Bryn Mawr Funding
620 West Germantown Pike #310
Plymouth Meeting, PA 19462

AFG Alliance
P.O. Box 301593
Dallas, TX 75303-1593

Buncombe County Tax Collector
94 Coxe Avenue
Asheville, NC 28801

C&C X-Ray Company, Inc.
3319 E. Governor John Sevier High
Knoxville, TN 37914

Citizen One Auto Finance
P.O. Box 42113
Providence, RI 02940-2113

D&S Ltd.
P.O. Box 170459
Austin, TX 78717

Dysphagia Management Systems
7819 Bergamo Avenue
Sarasota, FL 34238

EIN Cap, Inc.
2899 Ocean Avenue, 2nd Floor
Brooklyn, NY 11235

EIN Capital
160 Pearl Street, 5th Floor
New York, NY 10005

Elm Services
P.O. Box 15270
Irvine, CA 92623-5270

Emergent Connect
2303 R.R. 620 South, Suite 135
PMB 453
Lakeway, TX 78734

Envision Capital Gorup (Bankers L
P.O. Box 7740
Urbandale, IA 50323

Ford Credit
P.O. Box 689007
Franklin, TN 37068-9007

LEAF
One Commerce Square
2005 Market Street 14th Floor
Philadelphia, PA 19103

Mountain Valley Spring Water
P.O. Box 8182
Asheville, NC 28814

FP - Financial Pacific Leasing, Inc.
3455 S. 344th Way #300
Federal Way, WA 98011-9546

LEAF
P.O. BOx 742647

MXR Source One (Merry X-Ray)
4444 View Ridge Ave., Suite A
San Diego, CA 92123

Henry Schein
Dept. CH 10560
Palatine, IL 60055-0560

LEAF Capital Funding, LLC
One Commerce Square
2005 Market Street 14th Floor
Philadelphia, PA 19103

NC Department of Commerce
P.O. Box 26504
Raleigh, NC 27611-6504

IBM
3039 Cornwallis Road
Research Triangle Park, NC 27709

Lexus Financial Services
P.O. Box 85855
Carol Stream, IL 60197-5855

NC Department of Motor Vehicles
94 Coxe Avenue
Asheville, NC 28801

Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280-4522

Lincoln Financial
150 North Radnor-Chester Road
Radnor, PA 19087

NC Department of Revenue
Office Services Division Bankruptcy U
P.O. Box 1168
Raleigh, NC 27602

Johnson Business Technology
5016 Spedale Court, Suite 120
Spring Hill, TN 37174

Lloyd M. Williams II
2230 Beach Drive, Apt. 1203
Gulfport, MS 39507

NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0150

KcKesson
9954 Mayland Drive, Suite 4000
Richmond, VA 23233

Lloyd M. Williams, III

NC Quick Pass
200 Sorrell Grove Church Road, SuA
Morrisville, NC 27560

Konica Minolta Medical Imaging
6950 Philips Highway, Suite 45
Jacksonville, FL 32216

Lloyd Williams
2230 Beach Drive, Apt. 1203
Gulfport, MS 39507

Nova Copy
P.O. Box 372
Dept. 200
Memphis, TN 38101

Latie Carol Williams
2230 Beach Drive, Apt. 1203
Gulfport, MS 39507

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

On Deck Capital
1400 Broadway
New York, NY

LCA Bank Corporation (Envision)
3150 Livernois Road, Suite 300
Troy, MI 48083

Mobile Digital Imaging
2795 Genesee Street
Buffalo, NY 14225

On Deck Capital, Inc.
4600 N. Fairfax Drive, Suite 800
Arlington, VA 22203

Pitney Bowes
P.O. Box 371874

Triangle X-Ray Company
4900 Thornton Road, Suite 117
Raleigh, NC 27616

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306

Power Up Lending Group, Ltd.
111 Great Neck Road, Suite 216
Great Neck, NY 11021

UniFi Equipment Finance
3893 Research Park Drive
Ann Arbor, MI 48108

Wells Fargo Financial Leasing
800 Walnut Street, MAC N0005-044
Des Moines, IA 50309

Radiation Detection Company
3527 Snead Drive
Georgetown, TX 78626

UniFi Equipment Finance (Envision)
P.O. Box 1689
Ann Arbor, MI 48106-1689

Williamson County
P.O. Box 648
Franklin, TN 37065-0648

Royal Bank America Leasing
550 Township Line Road, Suite 425
Blue Bell, PA 19422

United HealthCare
P.O. Box 959782
Saint Louis, MO 63195-9782

Yellowstone Capital
1 Evertrust Plaza
14th Floor
Jersey City, NJ 07302

SOS Superior Office Services, Inc.
12729 Old Hickory Boulevard
Antioch, TN 37013

US Bank (Bank of the West)
1310 Madrid Street
Marshall, MN 56258

Stearns Bank
500 13th Street
P.O. Box 750
Albany, MN 56307

Vericore (Merry X-Ray)
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078

Susquehanna Commercial Finance, Inc.
2 Country View Road, Suite 300
Malvern, PA 19355

Volkswagen Financial
P.O. Box 3
Hillsboro, OR 97123-0003

TCF Equipment Finance
15450 South Outer Forty Drive, Suite 220
Chesterfield, MO 63017

WCI, Inc.
One Town Square Blvd., #100
Asheville, NC 28803

TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243-9517

Wells Fargo
P.O. Box 10306
Des Moines, IA 50306

Tennessee Department of Labor
P.O. Box 101
Nashville, TN 37202

Wells Fargo
800 Walnut Street
Des Moines, IA 50309-3605

# United States Bankruptcy Court
## Western District of North Carolina

In re **Carol Lloyd, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Carol Lloyd, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 15, 2017** | **/s/ David R. Badger** |
| Date | **David R. Badger 156** |
| | Signature of Attorney or Litigant |
| | Counsel for **Carol Lloyd, Inc.** |
| | **David R. Badger, P.A.** |
| | **2108 South Boulevard** |
| | **Suite 118, Atherton Lofts** |
| | **Charlotte, NC 28203** |
| | **(704) 375-8875 Fax:(704) 375-8835** |